## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Elizabeth M Miller                      CHAPTER 13

                Debtor(s)

                                         BKY. NO. 25-14667-PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
25 Nov 2025, 13:41:23, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322