# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Elizabeth M. Miller : | Chapter |
| : | Case No 25-14667-pmm |
| Debtor : | |
| : | |

## O R D E R

AND NOW, this 1st day of December, 2025, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before December 11, 2025.

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE