**IQVIA**

| | | |
|---|---|---|
| Employee Name: | Elizabeth Oliver | |
| Employee #: | 1022878 | |
| Employee Address: | 4631 Melrose St Philadelphia, PA 19137 | |
| Department: | Default | |
| Business Title: | Sr Client Services Analyst | |

| | |
|---|---|
| Pay Date: | 8/29/2025 |
| Pay Period: | 8/16/2025 - 8/31/2025 |
| Deposit Advice #: | 112106334 |
| Pay Frequency: | Semi-Monthly |
| Pay Rate: | $3,124.09 |
| Federal Filing Status: | HoH |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | 0 (Philadelphia) |
| State Filing Status: | CUS (PA) |
| State Exemptions: | 0/$0.00 (PA) |

| | | |
|---|---|---|
| Employer Name: | IQVIA INC | |
| Employer Phone: | 1-800-526-7094 | |
| Employer Address: | 1510 Valley Center Pkwy Ste 130 Bethlehem, PA 18017 | |

| | Current 8/16/2025 - 8/31/2025 | | | YTD As of 8/31/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 86.67 | | $3,124.09 | 1,386.72 | $53,230.16 |
| Regular | 86.67 | 36.0458 | $3,124.09 | 1,386.72 | $49,985.44 |
| Annual Bonus | | | | | $3,244.72 |
| **Taxable Benefits** | | | $4.50 | | $72.00 |
| Group Term Life | | | $4.50 | | $72.00 |
| **Memo Information** | | | $93.72 | | $1,596.86 |
| 401K Employer Match | | | $93.72 | | $1,596.86 |
| **Pre-Tax Deductions** | | | $388.27 | | $6,309.66 |
| 401K | | | $93.72 | | $1,596.86 |
| DET1B | | | $27.57 | | $441.12 |
| MED1B | | | $261.00 | | $2,349.00 |
| MED2B | | | | | $1,827.00 |
| VSNB | | | $5.98 | | $95.68 |
| **Taxes** | | | $624.51 | | $11,159.94 |
| Federal Tax W/H | | | $201.63 | | $3,918.50 |
| Social Security Tax EE | | | $175.71 | | $3,012.54 |
| Medicare Tax EE | | | $41.10 | | $704.55 |
| PA W/H | | | $86.87 | | $1,489.53 |
| PA Unemply Tax EE | | | $2.19 | | $37.26 |
| PhilCityW/H | | | $117.01 | | $1,997.56 |
| **Post-Tax Deductions** | | | $130.36 | | $1,839.88 |
| 401K Loan 1 | | | $89.38 | | $1,430.08 |
| 401K Loan 2 | | | $40.98 | | $409.80 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,980.95 | | $33,920.68 |
| Direct Deposit | 236084298 | XX8925 | $1,980.95 | | |

| **Other Payroll Information** | |
|---|---|
| Eligible Earnings | $3,124.09 |



Page 1 of 2

≡IQVIA

| | | | |
|---|---|---|---|
| Employee Name: | Elizabeth Miller | Pay Date: | 8/29/2025 |
| Employee #: | 1022878 | Pay Period: | 8/16/2025 - 8/31/2025 |
| Employee Address: | 4631 Melrose St Philadelphia, PA 19137 | Deposit Advice #: | 112106334 |
| Department: | Default | Pay Frequency: | Semi-Monthly |
| Business Title: | Sr Client Services Analyst | Pay Rate: | $3,124.09 |
| | | Federal Filing Status: | HoH |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | Local Exemptions: | 0 (Philadelphia) |
| | | State Filing Status: | CUS (PA) |
| | | State Exemptions: | 0/$0.00 (PA) |

| | |
|---|---|
| Employer Name: | IQVIA INC |
| Employer Phone: | 1-800-526-7094 |
| Employer Address: | 1510 Valley Center Pkwy Ste 130 Bethlehem, PA 18017 |

### Supplemental Earnings Statement

| Gross Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 8/16/2025 | 8/31/2025 | 86.67 | 36.0458 | $3,124.09 |
| Group Term Life | 8/16/2025 | 8/31/2025 | | | $4.50 |
| 401K Employer Match | 8/16/2025 | 8/31/2025 | | | $93.72 |
| **Total Hours Paid** | | | 86.67 | | |

dayforce

Page 2 of 2

**IQVIA**

| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Elizabeth Jones | | **Pay Date:** | | 9/15/2025 |
| **Employee #:** | 1022878 | | **Pay Period:** | | 9/1/2025 - 9/15/2025 |
| **Employee Address:** | 4631 Melrose St Philadelphia, PA 19137 | | **Deposit Advice #:** | | 120594183 |
| **Department:** | Default | | **Pay Frequency:** | | Semi-Monthly |
| **Business Title:** | Sr Client Services Analyst | | **Pay Rate:** | | $3,124.09 |
| | | | **Federal Filing Status:** | | HoH |
| | | | **Federal 2c/Extra Withholding:** | | No/$0.00 |
| **Employer Name:** | IQVIA INC | | **Local Exemptions:** | | 0 (Philadelphia) |
| **Employer Phone:** | 1-800-526-7094 | | **State Filing Status:** | | CUS (PA) |
| **Employer Address:** | 1510 Valley Center Pkwy Ste 130 Bethlehem, PA 18017 | | **State Exemptions:** | | 0/$0.00 (PA) |

| | Current 9/1/2025 - 9/15/2025 | | | YTD As of 9/15/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 86.67 | | $3,124.09 | 1,473.39 | $56,354.25 |
| Regular | 86.67 | 36.0458 | $3,124.09 | 1,473.39 | $53,109.53 |
| Annual Bonus | | | | | $3,244.72 |
| **Taxable Benefits** | | | $4.50 | | $76.50 |
| Group Term Life | | | $4.50 | | $76.50 |
| **Memo Information** | | | $93.72 | | $1,690.58 |
| 401K Employer Match | | | $93.72 | | $1,690.58 |
| **Pre-Tax Deductions** | | | $388.27 | | $6,697.93 |
| 401K | | | $93.72 | | $1,690.58 |
| DET1B | | | $27.57 | | $468.69 |
| MED1B | | | $261.00 | | $2,610.00 |
| MED2B | | | | | $1,827.00 |
| VSNB | | | $5.98 | | $101.66 |
| **Taxes** | | | $624.49 | | $11,784.43 |
| Federal Tax W/H | | | $201.63 | | $4,120.13 |
| Social Security Tax EE | | | $175.71 | | $3,188.25 |
| Medicare Tax EE | | | $41.09 | | $745.64 |
| PA W/H | | | $86.87 | | $1,576.40 |
| PA Unemply Tax EE | | | $2.18 | | $39.44 |
| PhilCityW/H | | | $117.01 | | $2,114.57 |
| **Post-Tax Deductions** | | | $130.36 | | $1,970.24 |
| 401K Loan 1 | | | $89.38 | | $1,519.46 |
| 401K Loan 2 | | | $40.98 | | $450.78 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,980.97 | | $35,901.65 |
| Direct Deposit | 236084298 | XX8925 | $1,980.97 | | |

| Other Payroll Information | |
|---|---|
| Eligible Earnings | $3,124.09 |



Page 1 of 2

**≡IQVIA**

| | | | | |
|---|---|---|---|---|
| | Employee Name: | Elizabeth Miller | Pay Date: | 9/15/2025 |
| | Employee #: | 1022878 | Pay Period: | 9/1/2025 - 9/15/2025 |
| | Employee Address: | 4631 Melrose St Philadelphia, PA 19137 | Deposit Advice #: | 120594183 |
| | Department: | Default | Pay Frequency: | Semi-Monthly |
| | Business Title: | Sr Client Services Analyst | Pay Rate: | $3,124.09 |
| | | | Federal Filing Status: | HoH |
| Employer Name: | IQVIA INC | | Federal 2c/Extra Withholding: | No/$0.00 |
| Employer Phone: | 1-800-526-7094 | | Local Exemptions: | 0 (Philadelphia) |
| Employer Address: | 1510 Valley Center Pkwy Ste 130 Bethlehem, PA 18017 | | State Filing Status: | CUS (PA) |
| | | | State Exemptions: | 0/$0.00 (PA) |

**Supplemental Earnings Statement**

| Gross Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 9/1/2025 | 9/15/2025 | 86.67 | 36.0458 | $3,124.09 |
| Group Term Life | 9/1/2025 | 9/15/2025 | | | $4.50 |
| 401K Employer Match | 9/1/2025 | 9/15/2025 | | | $93.72 |
| **Total Hours Paid** | | | 86.67 | | |

**dayforce**

Page 2 of 2

**IQVIA**

| Employee Name: | Elizabeth Agnew | Pay Date: | 9/30/2025 |
| Employee #: | 1022878 | Pay Period: | 9/16/2025 - 9/30/2025 |
| Employee Address: | 4631 Melrose St Philadelphia, PA 19137 | Deposit Advice #: | 129416850 |
| Department: | Default | Pay Frequency: | Semi-Monthly |
| Business Title: | Sr Client Services Analyst | Pay Rate: | $3,124.09 |
| | | Federal Filing Status: | HoH |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | Local Exemptions: | 0 (Philadelphia) |
| | | State Filing Status: | CUS (PA) |
| | | State Exemptions: | 0/$0.00 (PA) |

| Employer Name: | IQVIA INC |
| Employer Phone: | 1-800-526-7094 |
| Employer Address: | 1510 Valley Center Pkwy Ste 130 Bethlehem, PA 18017 |

| | Current 9/16/2025 - 9/30/2025 | | | YTD As of 9/30/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 86.67 | | $3,124.09 | 1,560.06 | $59,478.34 |
| Regular | 86.67 | 36.0458 | $3,124.09 | 1,560.06 | $56,233.62 |
| Annual Bonus | | | | | $3,244.72 |
| **Taxable Benefits** | | | $4.50 | | $81.00 |
| Group Term Life | | | $4.50 | | $81.00 |
| **Memo Information** | | | $93.72 | | $1,784.30 |
| 401K Employer Match | | | $93.72 | | $1,784.30 |
| **Pre-Tax Deductions** | | | $388.27 | | $7,086.20 |
| 401K | | | $93.72 | | $1,784.30 |
| DET1B | | | $27.57 | | $496.26 |
| MED1B | | | $261.00 | | $2,871.00 |
| MED2B | | | | | $1,827.00 |
| VSNB | | | $5.98 | | $107.64 |
| **Taxes** | | | $624.50 | | $12,408.93 |
| Federal Tax W/H | | | $201.63 | | $4,321.76 |
| Social Security Tax EE | | | $175.71 | | $3,363.96 |
| Medicare Tax EE | | | $41.09 | | $786.73 |
| PA W/H | | | $86.87 | | $1,663.27 |
| PA Unemply Tax EE | | | $2.19 | | $41.63 |
| PhilCityW/H | | | $117.01 | | $2,231.58 |
| **Post-Tax Deductions** | | | $130.36 | | $2,100.60 |
| 401K Loan 1 | | | $89.38 | | $1,608.84 |
| 401K Loan 2 | | | $40.98 | | $491.76 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,980.96 | | $37,882.61 |
| Direct Deposit | 236084298 | XX8925 | $1,980.96 | | |

| **Other Payroll Information** | |
|---|---|
| Eligible Earnings | $3,124.09 |



Page 1 of 2

**≡IQVIA**

| | | | |
|---|---|---|---|
| Employee Name: | Elizabeth Miller | Pay Date: | 9/30/2025 |
| Employee #: | 1022878 | Pay Period: | 9/16/2025 - 9/30/2025 |
| Employee Address: | 4631 Melrose St<br>Philadelphia, PA 19137 | Deposit Advice #: | 129416850 |
| Department: | Default | Pay Frequency: | Semi-Monthly |
| Business Title: | Sr Client Services Analyst | Pay Rate: | $3,124.09 |
| | | Federal Filing Status: | HoH |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | Local Exemptions: | 0 (Philadelphia) |
| | | State Filing Status: | CUS (PA) |
| | | State Exemptions: | 0/$0.00 (PA) |

| | |
|---|---|
| Employer Name: | IQVIA INC |
| Employer Phone: | 1-800-526-7094 |
| Employer Address: | 1510 Valley Center Pkwy Ste 130<br>Bethlehem, PA 18017 |

| Supplemental Earnings Statement | | | | | |
|---|---|---|---|---|---|
| **Gross Earnings** | **Begin Date** | **End Date** | **Hours/Units** | **Rate** | **Amount** |
| Regular | 9/16/2025 | 9/30/2025 | 86.67 | 36.0458 | $3,124.09 |
| Group Term Life | 9/16/2025 | 9/30/2025 | | | $4.50 |
| 401K Employer Match | 9/16/2025 | 9/30/2025 | | | $93.72 |
| **Total Hours Paid** | | | 86.67 | | |

**dayforce**

Page 2 of 2

**IQVIA**

| | | |
|---|---|---|
| Employee Name: | Elizabeth Oliver | Pay Date: | 10/15/2025 |
| Employee #: | 1022878 | Pay Period: | 10/1/2025 - 10/15/2025 |
| Employee Address: | 4631 Melrose St Philadelphia, PA 19137 | Deposit Advice #: | 139043529 |
| Department: | Default | Pay Frequency: | Semi-Monthly |
| Business Title: | Sr Client Services Analyst | Pay Rate: | $3,192.82 |
| | | Federal Filing Status: | HoH |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | Local Exemptions: | 0 (Philadelphia) |
| | | State Filing Status: | CUS (PA) |
| | | State Exemptions: | 0/$0.00 (PA) |

| | | |
|---|---|---|
| Employer Name: | IQVIA INC |
| Employer Phone: | 1-800-526-7094 |
| Employer Address: | 1510 Valley Center Pkwy Ste 130 Bethlehem, PA 18017 |

| | Current 10/1/2025 - 10/15/2025 | | | YTD As of 10/15/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 86.67 | | $3,192.82 | 1,646.73 | $62,671.16 |
| Regular | 86.67 | 36.8388 | $3,192.82 | 1,646.73 | $59,426.44 |
| Annual Bonus | | | | | $3,244.72 |
| **Taxable Benefits** | | | $4.50 | | $85.50 |
| Group Term Life | | | $4.50 | | $85.50 |
| **Memo Information** | | | $95.78 | | $1,880.08 |
| 401K Employer Match | | | $95.78 | | $1,880.08 |
| **Pre-Tax Deductions** | | | $390.33 | | $7,476.53 |
| 401K | | | $95.78 | | $1,880.08 |
| DET1B | | | $27.57 | | $523.83 |
| MED1B | | | $261.00 | | $3,132.00 |
| MED2B | | | | | $1,827.00 |
| VSNB | | | $5.98 | | $113.62 |
| **Taxes** | | | $642.48 | | $13,051.41 |
| Federal Tax W/H | | | $209.63 | | $4,531.39 |
| Social Security Tax EE | | | $179.97 | | $3,543.93 |
| Medicare Tax EE | | | $42.09 | | $828.82 |
| PA W/H | | | $88.98 | | $1,752.25 |
| PA Unemply Tax EE | | | $2.23 | | $43.86 |
| PhilCityW/H | | | $119.58 | | $2,351.16 |
| **Post-Tax Deductions** | | | $130.36 | | $2,230.96 |
| 401K Loan 1 | | | $89.38 | | $1,698.22 |
| 401K Loan 2 | | | $40.98 | | $532.74 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,029.65 | | $39,912.26 |
| Direct Deposit | 236084298 | XX8925 | $2,029.65 | | |

| Other Payroll Information | |
|---|---|
| Eligible Earnings | $3,192.82 |



Page 1 of 2

**≡IQVIA**

| | | | | |
|---|---|---|---|---|
| **Employee Name:** | Elizabeth Miller | **Pay Date:** | 10/15/2025 |
| **Employee #:** | 1022878 | **Pay Period:** | 10/1/2025 - 10/15/2025 |
| **Employee Address:** | 4631 Melrose St Philadelphia, PA 19137 | **Deposit Advice #:** | 139043529 |
| **Department:** | Default | **Pay Frequency:** | Semi-Monthly |
| **Business Title:** | Sr Client Services Analyst | **Pay Rate:** | $3,192.82 |
| | | **Federal Filing Status:** | HoH |
| **Employer Name:** | IQVIA INC | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| **Employer Phone:** | 1-800-526-7094 | | **Local Exemptions:** | 0 (Philadelphia) |
| | | **State Filing Status:** | CUS (PA) |
| **Employer Address:** | 1510 Valley Center Pkwy Ste 130 Bethlehem, PA 18017 | **State Exemptions:** | 0/$0.00 (PA) |

### Supplemental Earnings Statement

| Gross Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 10/1/2025 | 10/15/2025 | 86.67 | 36.8388 | $3,192.82 |
| Group Term Life | 10/1/2025 | 10/15/2025 | | | $4.50 |
| 401K Employer Match | 10/1/2025 | 10/15/2025 | | | $95.78 |
| **Total Hours Paid** | | | 86.67 | | |

**dayforce**

Page 2 of 2

**IQVIA**

| | | | | | |
|---|---|---|---|---|---|
| Employee Name: | Elizabeth Ogilvie | | Pay Date: | | 10/31/2025 |
| Employee #: | 1022878 | | Pay Period: | | 10/16/2025 - 10/31/2025 |
| Employee Address: | 4631 Melrose St Philadelphia, PA 19137 | | Deposit Advice #: | | 146618213 |
| Department: | Default | | Pay Frequency: | | Semi-Monthly |
| Business Title: | Sr Client Services Analyst | | Pay Rate: | | $3,192.82 |
| | | | Federal Filing Status: | | HoH |
| | | | Federal 2c/Extra Withholding: | | No/$0.00 |
| Employer Name: | IQVIA INC | | Local Exemptions: | | 0 (Philadelphia) |
| Employer Phone: | 1-800-526-7094 | | State Filing Status: | | CUS (PA) |
| Employer Address: | 1510 Valley Center Pkwy Ste 130 Bethlehem, PA 18017 | | State Exemptions: | | 0/$0.00 (PA) |

| | Current 10/16/2025 - 10/31/2025 | | | YTD As of 10/31/2025 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Gross Earnings** | 86.67 | | $3,192.82 | 1,733.40 | $65,863.98 |
| Regular | 86.67 | 36.8388 | $3,192.82 | 1,733.40 | $62,619.26 |
| Annual Bonus | | | | | $3,244.72 |
| **Taxable Benefits** | | | $4.68 | | $90.18 |
| Group Term Life | | | $4.68 | | $90.18 |
| **Memo Information** | | | $95.78 | | $1,975.86 |
| 401K Employer Match | | | $95.78 | | $1,975.86 |
| **Pre-Tax Deductions** | | | $390.33 | | $7,866.86 |
| 401K | | | $95.78 | | $1,975.86 |
| DET1B | | | $27.57 | | $551.40 |
| MED1B | | | $261.00 | | $3,393.00 |
| MED2B | | | | | $1,827.00 |
| VSNB | | | $5.98 | | $119.60 |
| **Taxes** | | | $642.53 | | $13,693.94 |
| Federal Tax W/H | | | $209.63 | | $4,741.02 |
| Social Security Tax EE | | | $179.99 | | $3,723.92 |
| Medicare Tax EE | | | $42.10 | | $870.92 |
| PA W/H | | | $88.98 | | $1,841.23 |
| PA Unemply Tax EE | | | $2.24 | | $46.10 |
| PhilCityW/H | | | $119.59 | | $2,470.75 |
| **Post-Tax Deductions** | | | $130.36 | | $2,361.32 |
| 401K Loan 1 | | | $89.38 | | $1,787.60 |
| 401K Loan 2 | | | $40.98 | | $573.72 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $2,029.60 | | $41,941.86 |
| Direct Deposit | 236084298 | XX8925 | $2,029.60 | | |

| Other Payroll Information | |
|---|---|
| Eligible Earnings | $3,192.82 |



Page 1 of 2

≡IQVIA

| | | |
|---|---|---|
| Employee Name: | Elizabeth Miller | |
| Employee #: | 1022878 | |
| Employee Address: | 4631 Melrose St Philadelphia, PA 19137 | |
| Department: | Default | |
| Business Title: | Sr Client Services Analyst | |

| | |
|---|---|
| Pay Date: | 10/31/2025 |
| Pay Period: | 10/16/2025 - 10/31/2025 |
| Deposit Advice #: | 146618213 |
| Pay Frequency: | Semi-Monthly |
| Pay Rate: | $3,192.82 |
| Federal Filing Status: | HoH |
| Federal 2c/Extra Withholding: | No/$0.00 |
| Local Exemptions: | 0 (Philadelphia) |
| State Filing Status: | CUS (PA) |
| State Exemptions: | 0/$0.00 (PA) |

| | |
|---|---|
| Employer Name: | IQVIA INC |
| Employer Phone: | 1-800-526-7094 |
| Employer Address: | 1510 Valley Center Pkwy Ste 130 Bethlehem, PA 18017 |

### Supplemental Earnings Statement

| Gross Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular | 10/16/2025 | 10/31/2025 | 86.67 | 36.8388 | $3,192.82 |
| Group Term Life | 10/16/2025 | 10/31/2025 | | | $4.68 |
| 401K Employer Match | 10/16/2025 | 10/31/2025 | | | $95.78 |
| **Total Hours Paid** | | | 86.67 | | |

dayforce