

Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/14/2025 |
| Period End Date | 08/20/2025 |
| Pay Date | 08/28/2025 |
| Document | 28128250 |

**Net Pay** $137.58

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | | | |
|---|---|---|---|
| Employee Number | 020386092 | Pay Group | Weekly Wednesday 4 |
| Pay Frequency | Weekly | Location | 1 Lincoln Financial Field |
| | | Line Of Bus | 61LOB - Sports & Entertainment |
| | | Service Type | 034271 - Lincoln Financial Field C |
| | | Profit Ctr | 610658100 |
| | | District | 618212 - Fenton, N |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 08/14/2025 | 08/20/2025 | 5.840000 | $19.2500 | $112.42 | $9,750.76 |
| TipChrgNotPaid | 08/14/2025 | 08/20/2025 | | | $59.58 | $9,644.06 |
| AddlEventPay$ | | | 0.000000 | $0.0000 | $0.00 | $1,730.10 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |

Total Hours Worked  5.840000        Total Hours  5.840000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Uniform | No | $0.00 | $0.00 | $26.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $4.55 | $0.00 | $307.35 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $4.89 | $2,090.40 |
| Employee Medicare | $2.49 | $308.69 |
| Social Security Employee Tax | $10.66 | $1,319.92 |
| PA State Income Tax | $5.28 | $653.54 |
| PHILA R | $6.43 | $797.93 |
| PA Unemployment Employee | $0.12 | $14.90 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx8925 | Checking | $137.58 |
| Total | | $137.58 |

## Pay Summary

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $172.00 | $172.00 | $29.87 | $4.55 | **$137.58** |
| YTD | $21,289.08 | $21,289.08 | $5,185.38 | $333.35 | $15,770.35 |

*vsn 20210505*



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/21/2025 |
| Period End Date | 08/27/2025 |
| Pay Date | 09/04/2025 |
| Document | 28164531 |

Net Pay    **$189.63**

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | | | |
|---|---|---|---|
| Employee Number | 020386092 | Pay Group | Weekly Wednesday 4 |
| Pay Frequency | Weekly | Location | 1 Lincoln Financial Field |
| | | Line Of Bus | 61LOB - Sports & Entertainment |
| | | Service Type | 034271 - Lincoln Financial Field C |
| | | Profit Ctr | 610658100 |
| | | District | 618212 - Fenton, N |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 08/21/2025 | 08/27/2025 | 4.490000 | $20.0400 | $89.98 | $9,840.74 |
| TipChrgNotPaid | 08/21/2025 | 08/27/2025 | | | $151.01 | $9,795.07 |
| AddlEventPay$ | | | 0.000000 | $0.0000 | $0.00 | $1,730.10 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |

Total Hours Worked  4.490000        Total Hours  4.490000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Uniform | No | $0.00 | $0.00 | $26.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $4.55 | $0.00 | $311.90 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $11.79 | $2,102.19 |
| Employee Medicare | $3.50 | $312.19 |
| Social Security Employee Tax | $14.94 | $1,334.86 |
| PA State Income Tax | $7.40 | $660.94 |
| PHILA R | $9.01 | $806.94 |
| PA Unemployment Employee | $0.17 | $15.07 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx8925 | Checking | $189.63 |
| Total | | $189.63 |

## Pay Summary

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $240.99 | $240.99 | $46.81 | $4.55 | **$189.63** |
| YTD | $21,530.07 | $21,530.07 | $5,232.19 | $337.90 | $15,959.98 |

*vsn 20210505*



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/28/2025 |
| Period End Date | 09/03/2025 |
| Pay Date | 09/11/2025 |
| Document | 28249466 |

**Net Pay** $132.58

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | | | |
|---|---|---|---|
| Employee Number | 020386092 | Pay Group | Weekly Wednesday 4 |
| Pay Frequency | Weekly | Location | 1 Lincoln Financial Field |
| | | Line Of Bus | 61LOB - Sports & Entertainment |
| | | Service Type | 034271 - Lincoln Financial Field C |
| | | Profit Ctr | 610658100 |
| | | District | 618212 - Fenton, N |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 08/28/2025 | 09/03/2025 | 4.790000 | $20.0400 | $95.99 | $9,936.73 |
| TipChrgNotPaid | 08/28/2025 | 09/03/2025 | | | $69.41 | $9,864.48 |
| AddlEventPay$ | | | 0.000000 | $0.0000 | $0.00 | $1,730.10 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |

Total Hours Worked  4.790000      Total Hours  4.790000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Uniform | No | $0.00 | $0.00 | $26.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $4.55 | $0.00 | $316.45 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $4.23 | $2,106.42 |
| Employee Medicare | $2.39 | $314.58 |
| Social Security Employee Tax | $10.26 | $1,345.12 |
| PA State Income Tax | $5.08 | $666.02 |
| PHILA R | $6.19 | $813.13 |
| PA Unemployment Employee | $0.12 | $15.19 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx8925 | Checking | $132.58 |
| Total | | $132.58 |

## Pay Summary

|         | Gross       | FIT Taxable Wages | Taxes      | Deductions | Net Pay     |
|---------|-------------|-------------------|------------|------------|-------------|
| Current | $165.40     | $165.40           | $28.27     | $4.55      | **$132.58** |
| YTD     | $21,695.47  | $21,695.47        | $5,260.46  | $342.45    | $16,092.56  |

*vsn 20210505*



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/04/2025 |
| Period End Date | 09/10/2025 |
| Pay Date | 09/18/2025 |
| Document | 28355994 |

**Net Pay**    **$692.19**

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | |
|---|---|
| Employee Number | 020386092 |
| Pay Frequency | Weekly |
| Pay Group | Weekly Wednesday 4 |
| Location | 1 Lincoln Financial Field |
| Line Of Bus | 61LOB - Sports & Entertainment |
| Service Type | 034271 - Lincoln Financial Field C |
| Profit Ctr | 610658100 |
| District | 618212 - Fenton, N |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 09/04/2025 | 09/10/2025 | 7.440000 | $19.2500 | $143.22 | |
| Regular Pay-Hourly | 09/04/2025 | 09/10/2025 | 4.430000 | $20.0400 | $88.78 | |
| Regular Pay-Hourly | 09/04/2025 | 09/10/2025 | 4.000000 | $31.2500 | $125.00 | $10,293.73 |
| AddlEventPay$ | 09/04/2025 | 09/10/2025 | | | $61.55 | $1,791.65 |
| TipChrgNotPaid | 09/04/2025 | 09/10/2025 | | | $515.83 | $10,380.31 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |

Total Hours Worked  15.870000         Total Hours  15.870000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Uniform | No | $0.00 | $0.00 | $26.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $13.65 | $0.00 | $330.10 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $92.77 | $2,199.19 |
| Employee Medicare | $13.55 | $328.13 |
| Social Security Employee Tax | $57.93 | $1,403.05 |
| PA State Income Tax | $28.69 | $694.71 |
| PHILA R | $34.95 | $848.08 |
| PA Unemployment Employee | $0.65 | $15.84 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8925 | Checking | $692.19 |
| Total | | $692.19 |

**Pay Summary**

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $934.38 | $934.38 | $228.54 | $13.65 | **$692.19** |
| YTD | $22,629.85 | $22,629.85 | $5,489.00 | $356.10 | $16,784.75 |

*vsn 20210505*



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/11/2025 |
| Period End Date | 09/17/2025 |
| Pay Date | 09/25/2025 |
| Document | 28428618 |

Net Pay    **$472.03**

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 020386092 | Pay Group | Weekly Wednesday 4 | |
| Pay Frequency | Weekly | Location | 1 Lincoln Financial Field | |
| | | Line Of Bus | 61LOB - Sports & Entertainment | |
| | | Service Type | 034271 - Lincoln Financial Field C | |
| | | Profit Ctr | 610658100 | |
| | | District | 618212 - Fenton, N | |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 09/11/2025 | 09/17/2025 | 5.430000 | $19.2500 | $104.53 | |
| Regular Pay-Hourly | 09/11/2025 | 09/17/2025 | 5.080000 | $20.0400 | $101.80 | |
| Regular Pay-Hourly | 09/11/2025 | 09/17/2025 | 4.450000 | $31.2500 | $139.06 | $10,639.12 |
| TipChrgNotPaid | 09/11/2025 | 09/17/2025 | | | $289.33 | $10,669.64 |
| AddlEventPay$ | | | 0.000000 | $0.0000 | $0.00 | $1,791.65 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |

Total Hours Worked    14.960000            Total Hours    14.960000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Uniform | No | $0.00 | $0.00 | $26.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $13.65 | $0.00 | $343.75 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $56.81 | $2,256.00 |
| Employee Medicare | $9.21 | $337.34 |
| Social Security Employee Tax | $39.35 | $1,442.40 |
| PA State Income Tax | $19.49 | $714.20 |
| PHILA R | $23.74 | $871.82 |
| PA Unemployment Employee | $0.44 | $16.28 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8925 | Checking | $472.03 |
| Total | | $472.03 |

**Pay Summary**

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| Current | $634.72 | $634.72 | $149.04 | $13.65 | **$472.03** |
| YTD | $23,264.57 | $23,264.57 | $5,638.04 | $369.75 | $17,256.78 |

*vsn 20210505*



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/18/2025 |
| Period End Date | 09/24/2025 |
| Pay Date | 10/02/2025 |
| Document | 28504809 |

**Net Pay** $403.43

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | | | |
|---|---|---|---|
| Employee Number | 020386092 | Pay Group | Weekly Wednesday 4 |
| Pay Frequency | Weekly | Location | 1 Lincoln Financial Field |
| | | Line Of Bus | 61LOB - Sports & Entertainment |
| | | Service Type | 034271 - Lincoln Financial Field C |
| | | Profit Ctr | 610658100 |
| | | District | 618212 - Fenton, N |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 09/18/2025 | 09/24/2025 | 5.930000 | $19.2500 | $114.15 | |
| Regular Pay-Hourly | 09/18/2025 | 09/24/2025 | 3.920000 | $20.0400 | $78.56 | $10,831.83 |
| TipChrgNotPaid | 09/18/2025 | 09/24/2025 | | | $342.43 | $11,012.07 |
| AddlEventPay$ | | | 0.000000 | $0.0000 | $0.00 | $1,791.65 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |

Total Hours Worked  9.850000        Total Hours  9.850000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| Uniform | No | $0.00 | $0.00 | $26.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $9.10 | $0.00 | $352.85 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $44.86 | $2,300.86 |
| Employee Medicare | $7.76 | $345.10 |
| Social Security Employee Tax | $33.18 | $1,475.58 |
| PA State Income Tax | $16.43 | $730.63 |
| PHILA R | $20.01 | $891.83 |
| PA Unemployment Employee | $0.37 | $16.65 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8925 | Checking | $403.43 |
| Total | | $403.43 |

## Pay Summary

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $535.14 | $535.14 | $122.61 | $9.10 | **$403.43** |
| YTD | $23,799.71 | $23,799.71 | $5,760.65 | $378.85 | $17,660.21 |

vsn 20210505



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/25/2025 |
| Period End Date | 10/01/2025 |
| Pay Date | 10/09/2025 |
| Document | 28553459 |

**Net Pay**     **$407.54**

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | | | |
|---|---|---|---|
| Employee Number | 020386092 | Pay Group | Weekly Wednesday 4 |
| Pay Frequency | Weekly | Location | 1 Lincoln Financial Field |
| | | Line Of Bus | 61LOB - Sports & Entertainment |
| | | Service Type | 034271 - Lincoln Financial Field C |
| | | Profit Ctr | 610658100 |
| | | District | 618212 - Fenton, N |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 09/25/2025 | 10/01/2025 | 10.610000 | $20.0400 | $212.62 | |
| Regular Pay-Hourly | 09/25/2025 | 10/01/2025 | 7.400000 | $31.2500 | $231.25 | $11,275.70 |
| TipCashPaidUpd | 09/25/2025 | 10/01/2025 | | | $15.00 | $15.00 |
| TipChrgNotPaid | 09/25/2025 | 10/01/2025 | | | $105.50 | $11,117.57 |
| AddlEventPay$ | | | 0.000000 | $0.0000 | $0.00 | $1,791.65 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |

Total Hours Worked  18.010000     Total Hours  18.010000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| TipCashPaidUpd | No | $15.00 | $0.00 | $15.00 | $0.00 | $0.00 |
| Uniform | No | $0.00 | $0.00 | $26.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $11.45 | $0.00 | $364.30 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $48.37 | $2,349.23 |
| Employee Medicare | $8.18 | $353.28 |
| Social Security Employee Tax | $34.99 | $1,510.57 |
| PA State Income Tax | $17.33 | $747.96 |
| PHILA R | $21.11 | $912.94 |
| PA Unemployment Employee | $0.40 | $17.05 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx8925 | Checking | $407.54 |

| Account Number | Account Type | Amount |
|---|---|---|
| Total | | $407.54 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $564.37 | $564.37 | $130.38 | $26.45 | **$407.54** |
| YTD | $24,364.08 | $24,364.08 | $5,891.03 | $405.30 | $18,067.75 |

*vsn 20210505*



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/02/2025 |
| Period End Date | 10/08/2025 |
| Pay Date | 10/16/2025 |
| Document | 28654009 |

**Net Pay** **$740.83**

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | | | |
|---|---|---|---|
| Employee Number | 020386092 | Pay Group | Weekly Wednesday 4 |
| Pay Frequency | Weekly | Location | 1 Lincoln Financial Field |
| | | Line Of Bus | 61LOB - Sports & Entertainment |
| | | Service Type | 034271 - Lincoln Financial Field C |
| | | Profit Ctr | 610658100 |
| | | District | 618212 - Fenton, N |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 10/02/2025 | 10/08/2025 | 6.510000 | $19.2500 | $125.32 | |
| Regular Pay-Hourly | 10/02/2025 | 10/08/2025 | 10.750000 | $20.0400 | $215.43 | |
| Regular Pay-Hourly | 10/02/2025 | 10/08/2025 | 9.330000 | $31.2500 | $291.56 | $11,908.01 |
| TipChrgNotPaid | 10/02/2025 | 10/08/2025 | | | $380.67 | $11,498.24 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |
| AddlEventPay$ | | | 0.000000 | $0.0000 | $0.00 | $1,791.65 |
| TipCashPaidUpd | | | 0.000000 | $0.0000 | $0.00 | $15.00 |

Total Hours Worked  26.590000     Total Hours  26.590000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| TipCashPaidUpd | No | | | $15.00 | $0.00 | $0.00 |
| Uniform | No | $0.00 | $0.00 | $26.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $22.75 | $0.00 | $387.05 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $102.20 | $2,451.43 |
| Employee Medicare | $14.69 | $367.97 |
| Social Security Employee Tax | $62.81 | $1,573.38 |
| PA State Income Tax | $31.10 | $779.06 |
| PHILA R | $37.89 | $950.83 |
| PA Unemployment Employee | $0.71 | $17.76 |

**Paid Time Off**                    **Net Pay Distribution**

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxx8925 | Checking | $740.83 |
| Total | | $740.83 |

**Pay Summary**

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,012.98 | $1,012.98 | $249.40 | $22.75 | **$740.83** |
| YTD | $25,377.06 | $25,377.06 | $6,140.43 | $428.05 | $18,808.58 |

*vsn 20210505*



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/09/2025 |
| Period End Date | 10/15/2025 |
| Pay Date | 10/23/2025 |
| Document | 28720924 |

**Net Pay**   $556.20

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | |
|---|---|
| Employee Number | 020386092 |
| Pay Frequency | Weekly |
| Pay Group | Weekly Wednesday 4 |
| Location | 1 Lincoln Financial Field |
| Line Of Bus | 61LOB - Sports & Entertainment |
| Service Type | 034271 - Lincoln Financial Field C |
| Profit Ctr | 610658100 |
| District | 618212 - Fenton, N |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 10/09/2025 | 10/15/2025 | 16.160000 | $20.0400 | $323.85 | $12,231.86 |
| TipChrgNotPaid | 10/09/2025 | 10/15/2025 | | | $445.85 | $11,944.09 |
| TipCashPaidUpd | | | 0.000000 | $0.0000 | $0.00 | $15.00 |
| AddlEventPay$ | | | 0.000000 | $0.0000 | $0.00 | $1,791.65 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |

Total Hours Worked   16.160000       Total Hours   16.160000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| TipCashPaidUpd | No | | | $15.00 | $0.00 | $0.00 |
| Uniform | No | $15.00 | $0.00 | $41.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $13.65 | $0.00 | $400.70 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $73.01 | $2,524.44 |
| Employee Medicare | $11.16 | $379.13 |
| Social Security Employee Tax | $47.72 | $1,621.10 |
| PA State Income Tax | $23.63 | $802.69 |
| PHILA R | $28.79 | $979.62 |
| PA Unemployment Employee | $0.54 | $18.30 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8925 | Checking | $556.20 |
| Total | | $556.20 |

**Pay Summary**

|  | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $769.70 | $769.70 | $184.85 | $28.65 | **$556.20** |
| YTD | $26,146.76 | $26,146.76 | $6,325.28 | $456.70 | $19,364.78 |

*vsn 20210505*



Aramark Campus, LLC
2400 Market Street
Philadelphia, PA 19103
615-864-9298

**Pay Statement**

| | |
|---|---|
| Period Start Date | 10/16/2025 |
| Period End Date | 10/22/2025 |
| Pay Date | 10/30/2025 |
| Document | 28806523 |

**Net Pay** $420.18

## Pay Details

**Elizabeth M Miller**
4631 Melrose Street
Philadelphia, PA 19137
USA

| | |
|---|---|
| Employee Number | 020386092 |
| Pay Frequency | Weekly |

| | |
|---|---|
| Pay Group | Weekly Wednesday 4 |
| Location | 1 Lincoln Financial Field |
| Line Of Bus | 61LOB - Sports & Entertainment |
| Service Type | 034271 - Lincoln Financial Field C |
| Profit Ctr | 610658100 |
| District | 618212 - Fenton, N |

## Earnings

| Pay Type | Period Start | Period End | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|
| Regular Pay-Hourly | 10/16/2025 | 10/22/2025 | 20.540000 | $20.0400 | $411.62 | $12,643.48 |
| TipChrgNotPaid | 10/16/2025 | 10/22/2025 | | | $155.71 | $12,099.80 |
| TipCashPaidUpd | | | 0.000000 | $0.0000 | $0.00 | $15.00 |
| AddlEventPay$ | | | 0.000000 | $0.0000 | $0.00 | $1,791.65 |
| HolidayWork1.5 | | | 0.000000 | $0.0000 | $0.00 | $164.16 |

Total Hours Worked 20.540000    Total Hours 20.540000

## Deductions

| Deduction | Pre-Tax | Employee Current | Arrears Taken | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|---|
| TipCashPaidUpd | No | | | $15.00 | $0.00 | $0.00 |
| Uniform | No | $0.00 | $0.00 | $41.00 | $0.00 | $0.00 |
| Union Dues 1 | No | $16.00 | $0.00 | $416.70 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $48.72 | $2,573.16 |
| Employee Medicare | $8.22 | $387.35 |
| Social Security Employee Tax | $35.17 | $1,656.27 |
| PA State Income Tax | $17.42 | $820.11 |
| PHILA R | $21.22 | $1,000.84 |
| PA Unemployment Employee | $0.40 | $18.70 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8925 | Checking | $420.18 |
| Total | | $420.18 |

**Pay Summary**

|         | Gross       | FIT Taxable Wages | Taxes      | Deductions | Net Pay     |
|---------|-------------|-------------------|------------|------------|-------------|
| Current | $567.33     | $567.33           | $131.15    | $16.00     | **$420.18** |
| YTD     | $26,714.09  | $26,714.09        | $6,456.43  | $472.70    | $19,784.96  |

*vsn 20210505*