**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Elizabeth M Miller | CHAPTER 13 |
| _Debtor_ | |
| M&T Bank | |
| _Moving Party_ | |
| vs. | NO. 25-14667 PMM |
| Elizabeth M Miller | |
| _Debtor_ | |
| Kenneth E. West | 11 U.S.C. Section 362 |
| _Trustee_ | |

**ORDER**

AND NOW, this __11th__ day of __May_____, 2026 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

_Patricia M. Mayer_

Hon. Patricia M. Mayer
United States Bankruptcy Judge