⚠ **Scheduled Maintenance:**  Best Case cloud will be unavailable on Wednesday night from 10 p.m. to 1:30 p.m. ET. We apologize for any inconvenience caused during this time.    ✕

## Miller, Elizabeth M (2025)                                             Filed ⌄

Chapter 13, Individual | PAE |   Contact Details ⌄                    Pre 341 Meeting | 2:25-bk-14667

---

## Forms & Schedules

🔍 Search

☐ Select All                                                          Forms: 2025-04

☐ **Form 101** Voluntary Petition                                              ⋮

☐ **Form 106Sum** Summary of Assets and Liabilities                            ⋮

☐ **Schedule A/B** Property                                            ⑧      ⋮

☐ **Schedule C** Property You Claim as Exempt                         ⑨      ⋮

☐ **Schedule D** Creditors Who Have Claims Secured by Property         ⑦      ⋮

☐ **Schedule E/F** Creditors Who Have Unsecured Claims                ⑤      ⋮

☐ **Schedule G** Executory Contracts and Unexpired Leases             ⓪      ⋮

☐ **Schedule H** Your Codebtors                                       ⓪      ⋮

☐ **Schedule I** Your Income                                      $6,122    ⋮

☐ **Schedule J** Your Expenses                                    $4,519    ⋮

☐ **Form 106Dec** Declaration About an Individual Debtor's Schedules           ⋮

☐ **Form 107** Statement of Financial Affairs                         ⑧      ⋮

☐ **Form 121** Statement About Your Social Security Numbers                    ⋮

☐ **Form 122C-1** Current Monthly Income and Commitment Period                 ⋮

☐ **Form 2010** Notice to Individual Debtor                                    ⋮

☐ **Chapter 13 Plan~rev Dec. 2024 (Eastern District of Pennsylvania)**  📎②   ⋮

### Attachments To Chapter 13 Plan~rev Dec. 2024 (Eastern District of Pennsylvania)

| | Name | Print Option | |
|---|---|---|---|
| ⠿ | Original-Plan | Do Not Print | ⋮ |
| ⠿ | First-Amended-Plan-JULY-5.2026-Miller | After Form | ⋮ |

☐ **Form 2030** Compensation Statement of Attorney for Debtor(s)

☐ **Verification of Creditor Matrix**

☐ **Creditor Address Matrix**

⌄ Local Forms

☐ **Application For Compensation (Long Form) (PAE Local Form)**

☐ **Application For Compensation (Short Form) (PAE Local Form)**

✏ Edit

⚏ Options

🖨 Print

🗑 Delete

☐ **Supplemental Application for Compensation (Post - Confirmation)**

☐ **Notice of Debtor's Election to Participate in Student Loan Program**

☐ **Order Re. Debtor's Election to Participate in Student Loan Management**

☐ **Notice of Motion, Response Deadline and In-Person Hearing Date**

☐ **Notice of Motion, Response Deadline and Telephonic or Video Hearing Date**

☐ **Certification of Service (PAE Local Form)**

⌄ **Form 423 Financial Management**

☐ **Form 423 Cert. about a Financial Management Course**

⌄ **Reaffirmation and Redemption**

☐ **Form 427 Reaffirmation Agreement Cover Sheet**

☐ **Form 2400A Reaffirmation Documents**

☐ **Form 2400B Motion for Approval of Reaffirmation Agreement**

☐ **Form 2400C Order on Reaffirmation Agreement**

☐ **Form 2400AB ALT Reaffirmation Agreement**

☐ **Form 2400C ALT Order on Reaffirmation Agreement**

☐ **Redemption of Property Agreement**

⌄ **Amendments and Supplements**

☐ **Amended Schedules Signature Declaration (Generic)**

☐ **Amendment Cover Sheet (Generic)**

☐ **Rule 1019 Schedule of Post Petition Debts (Generic)**

☐ **Supplemental Schedule for Property Acquired after Discharge (Generic)**

⌄ **Student Loan Documents**

☐ **Complaint Re Cost of Attendance (Generic)**

☐ **Complaint Re Non-Qualified Educational Loan (Generic)**

☐ **Complaint Re Undue Hardship (Generic)**

☐ **Motion for Summary Judgment (Generic)**

☐ **Motion to Reopen (Generic)**

☐ **Request for Admission (Generic)**

☐ **Request for Production (Generic)**

☐ **Interrogatories (Generic)**

☐ **Retainer Letter (Generic)**

⌄ **Business and Corporate**

☐ **Business Income and Expenses**

☐ **Proof of Authority to Sign and File Petition/Corporate Resolution**

⌄ **Applications, Notices, Motions and Orders**

☐ **Form 3180RI Discharge of Individual Debtor in a Chapter 11 Case**

☐ **Form 3180W Discharge Of Debtor After Completion Of Chapter 13 Plan**

☐ **Form 3180WH Discharge Of Debtor Before Completion Of Chapter 13 Plan**

☐ Form 420A Notice of Motion OR Objection

☐ Form 420B Notice of Objection to Claim

☐ Form 2300B Order Confirming Chapter 13 Plan

☐ Form 2310B Order Fixing Time to Object to Modification of Chapter 13 Plan

☐ Application/Order for Fees (Generic)

☐ Discharge of Debtor

☐ Motion to Amend Bankruptcy Petition (Generic)

☐ Motion to Avoid Judicial Lien on Personal Property (Generic)

☐ Motion to Avoid Judicial Lien on Real Property (Generic)

☐ Motion to Avoid Nonpossessory Nonpurchase-Money Interest (Generic)

☐ Motion to Convert Case from Chapter 7 to Chapter 13 (Generic)

☐ Motion to Convert Case from Chapter 13 to Chapter 7 (Generic)

☐ Notice of Conversion from Chapter 7 to Chapter 13 (Generic)

☐ Notice of Conversion from Chapter 12 to Chapter 7 (Generic)

☐ Notice of Conversion from Chapter 13 to Chapter 7 (Generic)

☐ Motion for Exemption from Credit Counseling Requirement (Generic)

☐ Notice of Change of Address (Generic)

☐ Notice of Change of Address for Creditor (Generic)

☐ Notice of Motion (Generic)

☐ Order to Convert Case from Chapter 7 to Chapter 13 (Generic)

☐ Order to Convert Case from Chapter 13 to Chapter 7 (Generic)

☐ Debtor's Motion to Extend Automatic Stay (Generic)

☐ Debtor's Motion to Impose the Automatic Stay (Generic)

☐ Motion to Compel Abandonment (Generic)

☐ Debtor's Motion for Hardship Discharge (Generic)

☐ Substitution of Attorney (Generic)

☐ Substitution of Counsel (Generic)

☐ Notice of Rescission of Reaffirmation Agreement (Generic)

☐ Debt Relief Agency Disclosures (Generic)

☐ Debtor's Motion to Delay the Entry of the Discharge (Generic)

☐ Form 309A Individual Notice Ch. 7 Case - No Proof of Claim Deadline

☐ Form 309B Individual Notice Ch. 7 Case - Proof of Claim Deadline Set

☐ Form 309C Corporation Notice Ch. 7 Case - Proof of Claim Deadline

☐ Form 309D Corporation Notice Ch. 7 Case - Proof of Claim Deadline Set

☐ Form 309E Individal Notice of Ch. 11 Case

☐ Form 309E2 For Individuals or Joint Debtors under Subchapter V

☐ Form 309F Corporation or Partnership Notice of Ch. 11 Case

☐ Form 309F2 For Corporations or Partnerships under Subchapter V

☐ Form 309G Individal Notice of Ch. 12 Case

☐ Form 309H Corporation or Partnership Notice of Ch. 12 Case

☐ Form 309I Notice of Ch. 13 Case

☐ Form 312 Order and Notice for Hearing on Disclosure Statement

☐ Form 313 Order Approving Disclosure Statement, Fixing Time and Notice

☐ Form 314 Ballot for Accepting or Rejecting Plan of Reorganization

7/5/26, 11:59 AM

app.bestcase.com/Bko/Matters/BankruptcyMatterOverview/3602750/Overview/Forms/AddSchedules?PreOpenAddAttachmentFormId=2009…

Case 25-14667-pmm   Doc 35   Filed 07/05/26   Entered 07/05/26 12:22:20   Desc Main
Document      Page 4 of 6

- [ ] **Form 315 Order Confirming Plan** ⋮
- [ ] **Form 318 Order of Discharge** ⋮
- [ ] **Form 1340 Application for Payment of Unclaimed Funds** ⋮
- [ ] **Form 1340 Order Granting Application for Payment of Unclaimed Funds** ⋮
- [ ] **Form 1340 Order Denying Application for Payment of Unclaimed Funds** ⋮
- [ ] **Motion to Direct Mortgage Modification Mediation** ⋮
- [ ] **Order Directing Mortgage Modification Mediation** ⋮
- [ ] **Notice of Automatic Stay (Generic)** ⋮

⌄ **Service and Letters**

- [ ] **Certificate of Service (Generic)** ⋮
- [ ] **Creditor Letter-Notice of Filing/Automatic Stay (Generic)** ⋮
- [ ] **Proof of Service by Mail (Generic)** ⋮
- [ ] **Letter to Debtor re Bankruptcy Discharge (Generic)** ⋮
- [ ] **Letter to Client re Case Filing and 341 Meeting Date (Chapter 13)(Generic)** ⋮
- [ ] **Letter Demanding Turnover of Property (Generic)** ⋮
- [ ] **Letter to Debtor re Confirmation and Plan Payments (Generic)** ⋮
- [ ] **Chapter 13 §341 Required Statements/Questions (Generic)** ⋮
- [ ] **Creditor Envelopes** ⋮
- [ ] **Creditor Mailing Labels** ⋮

⌄ **Cover Sheets, Certifications and Statements**

- [ ] **Form 1310 Exemplification Certificate** ⋮
- [ ] **Form 1320 Application for Search of Bankruptcy Records** ⋮
- [ ] **Form 2040 Notice of Need to File Proof of Claim Due to Recovery of Assets** ⋮
- [ ] **Form 2050 Notice to Creditors and Other Parties in Interest** ⋮
- [ ] **Form 2060 Certificate of Commencement of Case** ⋮
- [ ] **Form 2070 Certificate of Retention of Debtor in Possession** ⋮
- [ ] **Form 2810 Appearance of Child Support Creditor or Representative** ⋮
- [ ] **Certification of Notice to Consumer Debtor(s)** ⋮
- [ ] **Statement of Information Required by 11 U.S.C. 341** ⋮
- [ ] **Form 2020 Statement of Military Service** ⋮
- [ ] **Certification of Relatedness (Generic)** ⋮
- [ ] **Bankruptcy Information Sheet (English)** ⋮
- [ ] **Bankruptcy Information Sheet (Spanish)** ⋮
- [ ] **Cover Sheet for Application for Professional Compensation (Generic)** ⋮
- [ ] **Form 2830 Ch. 13 Debtor's Cert. Re Domestic Support Obligations** ⋮
- [ ] **Payment Advices Cover Sheet (Generic)** ⋮

⌄ **Questionnaires, Disclosures and Checklists**

- [ ] **527a Disclosure Statement** ⋮
- [ ] **527b Disclosure Statement** ⋮
- [ ] **Form 2000 Checklist of forms to be filed (Chapter 13)** ⋮
- [ ] **Domestic Support Obligation Disclosure Form (Generic)** ⋮
- [ ] **How Credit Reports Can Help in Bankruptcy (to give to client)** ⋮
- [ ] **Chapter 13 Standard Checklist (Generic)** ⋮
- [ ] **Documents Required Prior to Completion of Bankruptcy Petition (Generic)** ⋮

- ☐ Client Questionnaire - Individual Non-Business ⋮
- ☐ Client Questionnaire - Non-Business Debtor (Spanish) ⋮
- ☐ Client Questionnaire - Business Debtor ⋮
- ☐ Client Questionnaire - Business Debtor (Spanish) ⋮

⌄ Adversary Proceedings, Summons and Litigation

- ☐ Form 1040 Adversary Proceeding Cover Sheet ⋮
- ☐ Form 417A Notice of Appeal and Statement of Election ⋮
- ☐ Form 417B Optional Appellee Statement of Election to Proceed in District Court ⋮
- ☐ Form 417C Certificate of Compliance With Rule 8015(a)(7)(B) or 8016(d)(2) ⋮
- ☐ Form 424 Certification to Courts of Appeals by All Parties ⋮
- ☐ Form 2500A Summons in an Adversary Proceeding ⋮
- ☐ Form 2500B Summons and Notice of Pretrial Conference ⋮
- ☐ Form 2500C Summons and Notice of Trial in an Adversary Proceeding ⋮
- ☐ Form 2500D Third-Party Summons ⋮
- ☐ Form 2500E Summons to Debtor in Involuntary Case ⋮
- ☐ Form 2530 Order for Relief in an Involuntary Case ⋮
- ☐ Form 2540 Subpoena For Rule 2004 Examination ⋮
- ☐ Form 2550 Subpoena in an Adversary Proceeding ⋮
- ☐ Form 2560 Subpoena in a Case Under the Bankruptcy Code ⋮
- ☐ Form 2570 Subpoena to Produce Documents ⋮
- ☐ Form 2600 Entry of Default ⋮
- ☐ Form 2610A Judgment By Default ⋮
- ☐ Form 2610B Judgment By Default ⋮
- ☐ Form 2610C Judgment in an Adversary Proceeding ⋮
- ☐ Form 2620 Notice of Entry of Judgment ⋮
- ☐ Form 2640 Writ of Execution to the United States Marshal ⋮
- ☐ Form 2650 Certification of Judgment for Registration in Another District ⋮
- ☐ Form 2700 Notice of Filing of Final Report of Trustee ⋮
- ☐ Form 2710 Final Decree ⋮
- ☐ Form 2630 Bill of Costs ⋮

⌄ Proof of Claim

- ☐ Form 410 Proof of Claim (Creditor Form) ⋮
- ☐ Form 410 Proof of Claim (Manual Edit) ⋮
- ☐ Form 105 Involuntary Petition ⋮
- ☐ Form 410A Mortgage Proof of Claim Attachment ⋮
- ☐ Form 410C13-M1 Motion to Determine the Status of the Mortgage Claim ⋮
- ☐ Form 410C13-M1R Response to Determine the Status of the Mortgage Claim ⋮
- ☐ Form 410C13-M2 Motion to Determine Final Cure and Payment of the Mortgage Claim ⋮
- ☐ Form 410C13-M2R Response to Determine Final Cure and Pay of the Mortgage Claim ⋮
- ☐ Form 410C13-N Trustee's Notice of Disbursements Made ⋮
- ☐ Form 410C13-NR Response to Trustee's Notice of Disbursements Made ⋮
- ☐ Form 4100C Order Determining Whether Defaults Have Been Cured ⋮
- ☐ Form 4100R Response to Notice of Final Cure Payment ⋮
- ☐ Supplemental Proof of Claim for CARES Forbearance Claim (Form 4100S) ⋮

☐ **Form 410S1 Notice of Mortgage Payment Change** ⋮

☐ **Form 410S2 Notice of Postpetition Mortgage Fees Expenses Charges** ⋮

☐ **Form 1330 Claims Register** ⋮

☐ **Form 2100A Transfer of Claim other than for Security** ⋮

☐ **Form 2100B Notice of Transfer of Claim other than for Security** ⋮

⌄ **Non-Attorney Petition Preparers**

☐ **Form 119 Bankruptcy Petition Preparer's Notice, Declaration and Signature** ⋮

☐ **Form 2800 Bankruptcy Petition Preparer's Compensation Statement** ⋮

⌄ **Power of Attorney and Designation of Agent**

☐ **Form 411A General Power of Attorney** ⋮

☐ **Form 411B Special Power of Attorney** ⋮

☐ **Designation of Agent** ⋮

⌄ **Other**

☐ **Caption (Generic)** ⋮

☐ **Confirmation Affidavit Request (Generic)** ⋮

☐ **Debtor's Rebuttal of Presumption of Abuse (Generic)** ⋮

☐ **Discharge Waiver (Generic)** ⋮

☐ **Household Goods Sheet (Generic)** ⋮

☐ **Liquidation Summary (Generic)** ⋮

☐ **Reaffirmation Agreement (Rev. 01/07) (Generic)** ⋮

☐ **Suggestion of Bankruptcy** ⋮

☐ **Contract for Legal Representation (Chapter 13) (Generic - Sample)** ⋮

⌄ **Official Form Instructions**

☐ **Form 3A Instructions** ⋮

☐ **Form 3B Instructions** ⋮

☐ **Schedule I - Current Income Instructions** ⋮

☐ **Schedule J - Current Expenditures Instructions** ⋮

☐ **Instructions for the Chapter 13 Statement of Your Current Monthly Income** ⋮

Terms and Conditions  |  End User Service Agreement  |  Privacy Policy  |  Cookie Settings

© STRETTO. All Rights Reserved.