**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Elizabeth M Miller <br><br> *Debtor*. | Case No. 25-14667-PMM <br> Chapter 13 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the First Amended Chapter 13 Bankruptcy that was filed at ECF No. 35

on July 5, 2026. Thank you.


Date: <u>August 3, 2026</u>                    SADEK LAW OFFICES, LLC
                                         *Attorney for Debtor*

                                         By: /s/ Brad J. Sadek, Esq.
                                             Brad J. Sadek, Esq.
                                             1500 JFK Boulevard, Suite 220
                                             Philadelphia, PA 19102
                                             215-545-0008
                                             brad@sadeklaw.com