# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Elizabeth M Miller<br><br>*Debtor(s).* | Case No 25-14667 PMM<br>Chapter 13 |

## Certificate of Service

I, Brad J. Sadek, certify that on **August 3, 2026**, I did cause a true and correct copy of the **First Amended Chapter 13 Plan** to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

-

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: August 3, 2026

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| United States Trustee<br>833 Chestnut Street<br>Philadelphia, PA 19107 | U.S. Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Kenneth E West<br>Standing Chapter 13 Trustee<br>190 N. Independence Mall<br>West – Suite 701<br>Philadelphia, PA 19106 | Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| U.S. Department of Housing and Urban Development<br>The Strawbridge Building<br>801 Market Street<br>12th Floor<br>Philadelphia, PA 19107 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Philadelphia Gas Works<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Verizon<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| JEFFERSON HEALTH<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 191021595 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| City of Philadelphia Law Department<br>Tax Litigation and Collections Unit<br>1401 John F. Kennedy Blvd., 5th floor<br>Philadelphia, PA 19102 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| U.S. Department of Education<br>PO Box 16448<br>Saint Paul MN 55116-0448 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |