**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Elizabeth M Miller<br>Debtor | Chapter 13 |
| M&T Bank<br>Moving Party<br>vs. | NO. 25-14667 PMM |
| Elizabeth M Miller<br>Debtor | 11 U.S.C. Section 362 |
| and Kenneth E. West<br>Trustee | |

## CERTIFICATION OF DEFAULT

I, Maggie Soboleski, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated October 5, 2026, was served upon the Debtor and Debtor’s Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

October 28, 2026

/s/ Maggie Soboleski
Maggie Soboleski, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215) 627-1322
MSoboleski@kmllawgroup.com